Cheryl TAUVAR, Appellant,

v.

CITY OF GLADSTONE, Missouri, and Treasurer of the State of Missouri–Custodian of the Second Injury Fund, Respondents.

WD 78531

Missouri Court of Appeals,
Western District.

ORDER FILED: June 14, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
August 2, 2016.

Application for Transfer Denied
Nov. 1, 2016

Cheryl Tauvar, Kansas City, MO, Appellant, pro se.

Kip A. Kubin, Leawood, KS, Attorney for Respondent, City of Gladstone, Missouri.

Before Division Two: Victor C. Howard, Presiding Judge, and Thomas H. Newton and Karen King Mitchell, Judges

### Order

Per Curiam:

Cheryl Tauvar appeals from the decision of the Labor and Industrial Relations Commission denying her claim for compensation for injuries allegedly sustained in her time working for the City of Gladstone. We affirm. Rule 84.16(b).